# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONDALE NICHOLS,**<br>    **Plaintiff,**<br><br>v.<br><br>**NICHOLAS F. MORRISEY SIMPSON &<br>BROWN, INC. SALES LEASING<br>COMPANY, INC.,**<br>    **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 23-cv-637** |

## ORDER

**AND NOW**, this 29th day of February, 2024, upon consideration of Defendants' Motion to Preclude Testimony of Plaintiff's Experts (ECF No. 36) and the response thereto (ECF No. 39), it is **HEREBY ORDERED** that Defendants' Motion is **DENIED**.

        **BY THE COURT:**

        /s/Wendy Beetlestone, J.

        **WENDY BEETLESTONE, J.**